**Bryan CLEMMONS, Sheriff, East Baton Rouge Parish, State of Louisiana.**

No. 46955.

Oct. 9, 1963.

In re: John H. Sanford applying for writ of habeas corpus.

Writ refused. We find no legal basis for the exercise of a writ of habeas corpus.

156 So.2d 604

**A. E. SULLIVAN et al.**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY.**

No. 46920.

Oct. 9, 1963.

In re: A. E. Sullivan et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 155 So.2d 432.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.